IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MURRAY ZUCKER, | § | |
| | § | No. 606, 2016 |
| Plaintiff Below, | § | |
| Appellant, | § | |
| | § | Court Below: |
| v. | § | |
| | § | Court of Chancery |
| GERALD L. HASSELL, ROBERT P. | § | of the State of Delaware |
| KELLY, RUTH E. BRUCH, | § | |
| NICHOLAS M. DONOFRIO, | § | C.A. No. 11625 |
| EDMUND F. KELLY, RICHARD J. | § | |
| KOGAN, MICHAEL J. KOWALSKI, | § | |
| JOHN A. LUKE, JR., MARK A. | § | |
| NORDENBERG, CATHERINE A. | § | |
| REIN, WILLIAM C. RICHARDSON, | § | |
| SAMUEL C. SCOTT III, JOHN P. | § | |
| SURMA, STEVEN G. ELLIOTT, | § | |
| ROBERT MEHRABIAN, WESLEY | § | |
| W. VON SCHACK, RICHARD | § | |
| MAHONEY, JORGE RODRIGUEZ | § | |
| and DAVID NICHOLS, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees, | § | |
| | § | |
| And | § | |
| | § | |
| THE BANK OF NEW YORK | § | |
| MELLON CORPORATION, | § | |
| | § | |
| Nominal Defendant Below, | § | |
| Appellee. | § | |

Submitted: June 14, 2017
Decided: June 19, 2017

Before **VALIHURA**, **VAUGHN** and **SEITZ**, Justices.

# **O R D E R**

This 19th day of June 2017, the Court, having considered this matter on the oral arguments and briefs of the parties, has concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion of November 30, 2016.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice